UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN HYPOLITE, | ) | CASE NO. CV 08-4228-DDP (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| MIKE KNOWLES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     October 7, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 08-4228-Judgment.wpd